No. 10–6362. CONNORS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 10–6363. ROBINSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 10–6364. VILLARREAL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–6365. VEGA-SOTO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–6366. VILLEGAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–6367. ZAVALA-ROSALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–6373. GARCIA-OCHOA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–6375. STEPHENS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–6379. MACINNIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–6380. MANCHA-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–6383. TURNBULL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–6384. WELKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–6387. XINIDAKIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–6394. RAMIREZ-LEONARDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 